**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| **BRAULLO LOPEZ-GUTIERREZ,**<br><br>     **Petitioner,**<br><br>     **v.**<br><br>**J.L. JAMISON, et al.,**<br><br>     **Respondents.** | **CIVIL ACTION NO. 26-3828** |

## ORDER

**AND NOW,** this 4th day of June 2026, upon consideration of the Parties' Stipulation [Doc. No. 3], it is hereby **ORDERED** that the Stipulation is **DENIED**. The Court will hold a hearing on Petitioner's Petition for a Writ of Habeas Corpus on June 8, 2026, as scheduled by this Court's prior order [Doc. No. 2].

It is so **ORDERED.**

          **BY THE COURT:**

          **/s/ Cynthia M. Rufe**

          **CYNTHIA M. RUFE, J.**