**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**BRAULLO LOPEZ-GUTIERREZ,**

**Petitioner,**

v.

**J.L. JAMISON, et al.,**

**Respondents.**

**CIVIL ACTION NO. 26-3828**

**ORDER**

**AND NOW,** this 8th day of June 2026, upon consideration of Braullo Lopez-Gutierrez's

Petition for Writ of Habeas Corpus [Doc. No. 1] and the government's Opposition [Doc. No. 6],

and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED**

that the Petition is **GRANTED** as follows:

1. It is hereby **DECLARED** that Lopez-Gutierrez's continued detention is in violation
   of the Immigration and Nationality Act. Lopez-Gutierrez is not subject to mandatory
   detention under 8 U.S.C. § 1225(b)(2), and is instead subject to detention, if at all,
   pursuant to the discretionary provisions of 8 U.S.C. § 1226(a).

2. The Writ of Habeas Corpus shall issue, and the government shall **RELEASE** Lopez-
   Gutierrez from custody immediately and certify compliance with the Memorandum
   Opinion and Order by filing an entry on the docket no later than **4:00 p.m. ET on
   June 8, 2026**.

3. The government is temporarily enjoined from re-detaining Lopez-Gutierrez for seven
   days following his release from custody.

4. The government shall, immediately upon Lopez-Gutierrez's release, return all personal belongings confiscated upon or during his detention, including his identification and personal documents.

5. If the government chooses to pursue renewed detention of Petitioner after that seven-day period, it must first provide him with notice and an opportunity to be heard at a bond hearing, at which a neutral immigration judge will determine whether Petitioner poses a flight risk or a danger to the community. Should renewed detention occur, the government shall not remove, transfer, or otherwise facilitate the removal of Petitioner from the Eastern District of Pennsylvania before the ordered bond hearing. If the immigration judge determines that Petitioner is subject to detention under 8 U.S.C. § 1226(a), the government may request permission from the Court to move Petitioner or unforeseen or emergency circumstances arise that require him to be removed from the District. Any such request must include an explanation for the request as well as a proposed destination. The Court will then determine whether to grant the request and permit transfer of Petitioner.

6. The parties' Stipulation [Doc. No. 3] is **APPROVED**.

It is so **ORDERED.**

> **BY THE COURT:**
>
> **/s/ Cynthia M. Rufe**
> _____
> **CYNTHIA M. RUFE, J.**