**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA OF**

**LOPEZ-GUTIERREZ**

**v.**

**JAMISON ET AL.**

**CIVIL ACTION NO. 26-3828**

**ORDER**

AND NOW, this 8th day of June 2026, it is hereby **ORDERED** that a Status Conference in the above-captioned matter will be held by telephone conference on **Monday, June 8, 2026, at 11:00a.m.  Please use the following call-in telephone number to be connected to the conference: Phone: 267-817-5858, Passcode: 775 109 982#.**

It is so **ORDERED.**

**BY THE COURT:**

/s/ Cynthia M. Rufe, J.

**CYNTHIA M. RUFE, J.**