## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRAULLO LOPEZ-GUTIERREZ,**<br><br>          **Petitioner,**<br><br>  **v.**<br><br>**J.L. JAMISON,** *et al.*,<br><br>          **Respondents.** | **CIVIL ACTION NO.  26-3828** |

## ORDER

**AND NOW,** this 10th day of June 2026, upon consideration of the government's Certification of Compliance [Doc. No. 12], it is hereby **ORDERED** that the Clerk of Court is directed to **CLOSE** this case.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe

CYNTHIA M. RUFE, J.